# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 14-~~2514~~ 2515 (DEA) |
| | : | |
| v. | : | Hon. Douglas E. Arpert |
| | : | |
| DAVID ARYEH EPSTEIN and CHAIM BARUCH RUBIN | : | **SEALING ORDER** |

This matter having come before the Court upon the application of the United States of America (Sarah M. Wolfe, Assistant U.S. Attorney, appearing), that the criminal complaint and its accompanying attachment and the arrest warrant issued in the above-captioned matter be filed under seal, and good cause having been shown,

IT IS, on this 14th day of May, 2012,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the criminal complaint and arrest warrant and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge